**Order entered May 16, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00576-CV

No. 05-14-00577-CV

No. 05-14-00578-CV

### IN RE LUIS GARCIA FUENTES, Relator

**Original Proceeding from the 195th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1312634
Trial Court Cause No. F-1312633
Trial Court Cause No. F-1312632**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     LANA MYERS
JUSTICE